United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE IBEW/NECA SOUND COMMUNICATIONS HEALTH AND WELFARE, et al.,<br><br>Plaintiffs,<br>v.<br><br>HALL-MARK SERVICES, INC., et al.,<br><br>Defendant(s). | CASE NO. 5:11-cv-01381-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The above-entitled action is scheduled for a Case Management Conference on September 14, 2012. Considering Defendant's default has been entered by the Clerk (see Docket Item No. 12), the court finds an appearance unnecessary at this time.

Accordingly, the Case Management Conference is VACATED. Plaintiff shall file, serve and notice a motion for default judgment pursuant to Civil Local Rule 7 by no later than October 11, 2012. The court schedules a hearing on Plaintiff's anticipated Motion for Default Judgment for **November 2, 2012, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: September 11, 2012

EDWARD J. DAVILA
United States District Judge